## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WESLEY JOHNSON                                                        PLAINTIFF

V.                  NO. 3:10CV00118 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                    DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #10) is granted. Plaintiff's Appeal Brief is due on or before November 19, 2010.

IT IS SO ORDERED this 27th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE