## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WESLEY JOHNSON                                                             PLAINTIFF

v.                              3:10CV00118 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 9th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE